UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

ANITA DeMIRS, :

                Plaintiff, :

    - against - :

BAYER DIAGNOSTICS, et al., :

                Defendant. :

----------------------------------------------------------x

**ORDER**

08 Civ. 7989 (LBS)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/09

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to a conference held earlier today, it is hereby

ORDERED that:

1. Within one week, Plaintiff shall sign and furnish to defense counsel authorizations for release of her medical and psychotherapy records.

2. Within thirty days, Plaintiff shall produce the documents responsive to the other outstanding discovery requests discussed at the conference.

3. A further conference shall be held on July 8, 2009, at 2 p.m. in Courtroom 20A, United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated:    New York, New York
            June 5, 2009

                                                  FRANK MAAS
                                     United States Magistrate Judge

Copies to:

Hon. Leonard B. Sand
United States District Judge

Edward Hernstadt, Esq.
Hernstadt Atlas, LLP
Fax: (212) 214-0307

Matthew A. Steinberg, Esq.
James R Williams, Esq.
Jackson Lewis LLP
Fax: (212) 972-3213